AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

ARTIST HOUSE HOLDINGS, INC.,

    Plaintiff,

    v.

DAVI SKIN, INC., a Nevada Corporation; TIM MONDAVI, an individual; JOSEPH SPELLMAN, an individual; CARLO MONDAVI, an individual; JOSHUA LEVINE, an individual; DOES I through X, inclusive and ROE Corporations I through X, inclusive,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**TO:** (Name and Address of Defendant)

Joseph Spellman
301 N. Canyon Drive, Suite 207
Beverly Hills, CA 90210

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

Jay Young, Esq.
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK                                                 DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

                                                                                      Signature of Server

                                                                                      Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.